COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-346-
CV

IN RE JEREMY RANDALL THOMAS RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's motion to compel, which we liberally treat as a request for mandamus, 
and is of the opinion that relief should be denied.  Accordingly, relator's motion is denied.

PER CURIAM

PANEL B
: DAUPHINOT, GARDNER, and MCCOY, JJ.

DELIVERED: November 12, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.